IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KELSEY M. MATHIS, )
)
    Plaintiff, )
)
v. ) Case No. 3:07-cv-381-GPM
)
DELIVERY LOGISTICS, )
)
    Defendant. )
)

**ORDER**

Based upon the representation of counsel for Defendant, Delivery Logistics, that settlement negotiations would be premature and thereby futile at this time, the Settlement Conference scheduled for May 12, 2008, is hereby **CANCELED** and **RESET** for July 22, 2008, at 9:00 a.m. in the East St. Louis Federal Courthouse. The parties shall file a confidential settlement statement with the Court one week prior to the conference.

**IT IS SO ORDERED.**

**DATED: May 7, 2008**

                                                                           s/ *Donald G. Wilkerson*
                                                                          **DONALD G. WILKERSON**
                                                                          **United States Magistrate Judge**