IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KELSEY M. MATHIS, )
)
      **Plaintiff,** )
)
vs. ) CIVIL NO. 07-381-GPM
)
DELIVERY LOGISTICS, )
)
      **Defendant.** )
)

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court on the Stipulation of Dismissal with prejudice (Doc. 34) filed by the parties.

**IT IS ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation of Dismissal filed September 10, 2008, this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: September 23, 2008

                                                   NORBERT G. JAWORSKI, CLERK

                                                   By: s/Linda M. McGovern
                                                            Deputy Clerk

APPROVED: s/G. Patrick Murphy
                    G. PATRICK MURPHY
                    U.S. DISTRICT JUDGE